UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| HYPERTHERM, INC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN TORCH TIP COMPANY, <br><br> Defendant. | Civil Action No. 1:05-cv-373-JD |

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

THIS MATTER came before the Court on Plaintiff's Assented-to Motion for Leave to File a Second Amended Complaint, and the Court being otherwise fully advised, it is hereby ORDERED and ADJUDGED as follows:

1.    Plaintiff's Motion for Leave to Amend the Complaint is GRANTED.

2.    Within two (2) days of this Order, Plaintiff shall file the proposed Second Amended Complaint attached as Exhibit A to its Motion for Leave to Amend.

3.    Within twenty (20) days of this Order, or in no event later than May 8, 2006,[1] defendant shall file its response to the Second Amended Complaint.

Dated:  April 12, 2006  , 2006

/s/ James R. Muirhead
_____
United States Magistrate Judge

---

[1] This date is twenty (20) days after the previous deadline of April 17, 2006 for defendant to file its response to the complaint in this action.