```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Hypertherm, Inc.

    v.                                   Civil No. 05-cv-373-JD

American Torch Tip Company

Procedural Order

In the order issued on July 24, 2008, the court directed the parties to file a notice specifying the parts of pending motions that had been resolved or changed by that order.  The parties filed a joint notice on August 18, 2008, that specified which parts they agreed were changed by the order and also their issues of disagreement, largely based on ATTC's then-pending motion to reconsider the July 24 order.  As the motion for reconsideration has now been denied, the grounds for ATTC's differing positions would appear to have been resolved.

Therefore, the parties shall file a joint notice **on or before November 26, 2008,** clearly specifying the parts of pending

motions that have been resolved or changed in any respect by the July 24, 2008, order.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

November 19, 2008

cc: Jill C. Anderson, Esquire
    Jacob Baron, Esquire
    Steven Abuer, Esquire
    Lucas Blower, Esquire
    Seth Cannon, Esquire
    Joseph Capraro, Jr., Esquire
    Christopher Carney, Esquire
    Jeffery Cross, Esquire
    Joseph Dattilo, Esquire
    Ami Gandhi, Esquire
    Maia Harris, Esquire
    Marc Kallish, Esquire
    Rhett Krulla, Esquire
    Jonathan Lax, Esquire
    Richard Nelson, Esquire
    W. Scott O'Connell, Esquire
    Jeremy Oszek, Esquire
    Richard Rochford, Jr., Esquire
    David Ruoff, Esquire
    John Skeriotis, Esquire
    Benjamin Stern, Esquire
    Wayne Tang, Esquire