```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>Hypertherm, Inc.</u>

    v.                           Civil No. 05-cv-373-JD

<u>American Torch Tip Company</u>

<u>O R D E R</u>

On December 4, 2008, the magistrate judge held a hearing and granted American Torch Tip Company's motion to compel Hypertherm, Inc. to produce witnesses for deposition. Hypertherm has filed an objection to the magistrate judge's ruling and has also filed an emergency motion for an expedited hearing on its objection, representing that the objected-to deposition is now scheduled to be held on Wednesday, December 17, 2008.

To allow time for the court to consider Hypertherm's objection and ATTC's response, the deposition scheduled for December 17 shall be cancelled and may be rescheduled, if allowed, after the court rules on the pending objection.

SO ORDERED.

                                                          _____
                                                          Steven J. McAuliffe
                                                          Chief Judge

December 15, 2008

cc: Jill C. Anderson, Esq.
    Jacob K. Karon, Esq.
    Steven M. Bauer, Esq.
    Lucas M. Blower, Esq.

Colin G. Cabral, Esq.
Seth M. Cannnon, Esq.
Joseph A. Capraro, Jr., Esq.
Christopher J. Carney, Esq.
Jeffery M. Cross, Esq.
Joseph T. Dattilo, Esq.
Ami D. Gandhi, Esq.
Maia H. Harris, Esq.
Marc H. Kallish, Esq.
Rhett R. Krulla, Esq.
Jonathan A. Lax, Esq.
Richard C. Nelson, Esq.
W. Scott O'Connell, Esq.
Jeremy P. Oczek, Esq.
Richard D. Rochford, Jr., Esq.
David W. Ruoff, Esq.
John T. Shapiro, Esq.
John M. Skeriotis, Esq.
Benjamin M. Stern, Esq.
Wayne Tang, Esq.