```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Hypertherm, Inc.

    v.                            Civil No. 05-cv-373-JD

American Torch Tip Company

### O R D E R

Trial of this patent infringement case is scheduled to begin on April 27, 2009. After the court granted Hypertherm's motion to exclude ATTC's expert witness and to preclude lay opinion testimony on invalidity issues, Hypertherm moved for leave to file an expedited motion for summary judgment on ATTC's remaining invalidity defenses. The motion and memorandum of law were filed as an exhibit to the motion for leave.

ATTC has now filed its response in which it assents to Hypertherm's motion for leave to file an expedited motion. ATTC reserves its right to object to the motion and asks that the deadline for its response to the motion be set for five business days after the motion for leave is approved or March 24, 2009, whichever is later.

### Conclusion

Hypertherm's motion for leave to file a motion for summary judgment on the remaining invalidity defenses (document no. 517)

is granted.  The motion for summary judgment and supporting memorandum, included as an exhibit to the motion for leave, shall be filed as a separate document.

ATTC shall file its response to the motion for summary judgment on or before March 24, 2009.

An order on the motion for summary judgment will issue in due course.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

March 17, 2009

cc:  Jill C. Anderson, Esquire
     Jacob K. Baron, Esquire
     Steven M. Bauer, Esquire
     Lucas M. Blower, Esquire
     Colin G. Cabral, Esquire
     Seth M. Cannon, Esquire
     Joseph A. Capraro, Jr., Esquire
     Christopher J. Carney, Esquire
     Jeffery M. Cross, Esquire
     Joseph T. Dattilo, Esquire
     Maia H. Harris, Esquire
     Marc H. Kallish, Esquire
     Rhett R. Krulla, Esquire
     Jonathan A. Lax, Esquire
     Edward F. McCormack, Esquire
     Richard C. Nelson, Esquire
     W. Scott O'Connell, Esquire
     Jeremy P. Oczek, Esquire
     Richard D. Rochford, Jr., Esquire
     David W. Ruoff, Esquire
     John T. Shapiro, Esquire
     John M. Skeriotis, Esquire
     Benjamin M. Stern, Esquire
     Wayne Tang, Esquire