UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Hypertherm, Inc.

                    v.                              Civil No. 05-cv-373-JD

American Torch Tip Company


O R D E R


As the parties are aware, there were a voluminous number of electronically filed sealed documents in this case.

It is not the usual or customary policy of this court to seal documents indefinitely.  Given the large volume of sealed documents filed in this case and the administrative burden associated with a sua sponte evaluation of whether each document should remain sealed or made public, all documents filed under seal shall remain sealed at this time.  Any member of the public or media who would like to obtain access to a sealed document shall file a motion to access with notice to the parties in this case.

SO ORDERED.


April 30, 2009                          */s/ Joseph A. DiClerico, Jr.*
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge


cc:     Counsel of Record