# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| HYPERTHERM, INC., <br><br>        Plaintiff, <br><br> v. <br><br> AMERICAN TORCH TIP COMPANY, <br><br>        Defendant. | Civil Action No. 1:05-cv-373-JD <br><br> Honorable Joseph A. DiClerico, Jr. Judge <br><br> Honorable James R. Muirhead, <br> Magistrate Judge |

## MODIFICATION TO STIPULATED PROTECTIVE ORDER

Counsel for Defendant American Torch Tip Company ("ATTC") requests this Court to modify the Stipulated Protective Order (Docket No. 24), entered in this case by Endorsed Order on August 2, 2006. Plaintiff Hypertherm, Inc., assents to the request. The motion is GRANTED.

This Court extends the date by which all documents and materials that are subject to the Stipulated Protective Order must be returned or destroyed (see paragraph 14 of the Stipulated Protective Order) for one year from the date of this Order. The provisions of the Stipulated Protective Order regarding the protection of any confidential material disclosed by the parties during the course of the litigation will remain in force during this time.

So Ordered.

Dated: June 1, 2009        by:  /s/ Joseph A. DiClerico, Jr.
                                                       Hon. Joseph A. DiClerico, Jr. Judge
                                                       Hon. James R. Muirhead, Magistrate Judge